# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

THE SWISS COLONY, INC.,

        Plaintiff,

V.

M/V APL GENERAL, her engines, tackle, boiler, etc., in rem, AMERICAN PRESIDENT LINES, LTD., HYUNDAI MERCHANT MARINE CO., LTD. and EXPEDITORS INTERNATIONAL OCEAN, in personam,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CIV 4824

TO: (Name and address of defendant)

    American President Lines, Ltd., 100 Central Avenue, Building 40C, So. Kearny, NJ 07032
    Hyundai Merchant Marine Co., Ltd., 300 Sylvan Avenue, 2nd Fl., Englewood Cliffs, NJ 07632
    Expeditors International Ocean, 245 Roger Avenue, Inwood, NY 11096

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    HILL RIVKINS & HAYDEN LLP
    45 Broadway, Suite 1500
    New York, New York 10006

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 2  2008

J. MICHAEL McMAHON

CLERK              DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                 Date                                                              Signature of Server

                                                              _____
                                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Form 27  GENERAL PURPOSE

**HILL RIVKINS & HAYDEN LLP**
**ATTN: BOB BLUM**

U.S. SOUTHERN DIST. COURT     NEW YORK   COUNTY
--------------------------------------------------

THE SWISS COLONY, INC.                 plaintiff

            - against -

M/V APL GENERAL HER ENGINES, TACKLE    defendant
BOILER, ETC. ETAL
--------------------------------------------------

Index No. **08 CIV 4824**

Date Filed  . . . . . . . . . . . .

Office No. **29734-KBD**

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**RICHARD RUBINSTEIN**       being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
   That on the  **16th**  **day of June, 2008**       at  **12:22 PM.**,                         at
   **245 ROGER AVE**
   **INWOOD, NY 11096**
I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **EXPEDITORS INTERNATIONAL OCEAN**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **"JANE SMITH", MANAGING AGENT WHO REFUSED TRUE NAME**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
      SEX: **FEMALE**        COLOR: **WHITE**         HAIR: **BROWN**
      APP. AGE: **60**       APP. HT: **5:4**         APP. WT: **131**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
17th  day of   June, 2008e

BRETT GOLUB
Notary Public, State of New York
   No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

.....................
RICHARD RUBINSTEIN
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3HRLOM132651