BADIAK & WILL, LLP  
Attorneys for Defendant  
106 3RD Street  
Mineola, New York 11501-4404  
(516) 877-2225  
Our Ref.: 08-T-006-JK  

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------------X  
THE SWISS COLONY, INC.,  

                                                                   Case No.: **08 Civ. 4824 (MGC)**

              Plaintiff,  

    -against-                                            **RULE 7.1 STATEMENT**

M/V APL GENERAL, her engines, tackle, boiler,  
etc., *in rem*, AMERICAN PRESIDENT LINES, LTD.,  
HYUNDAI MERCHANT MARINE CO., LTD., and  
EXPEDITORS INTERNATIONAL OCEAN,  

              Defendants.  
-----------------------------------------------------------------------X  

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR DEFENDANT EXPEDITORS INTERNATIONAL OCEAN, A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

                              **SEE ATTACHED LIST**

Dated: June 27, 2008  

                                              _____  
                                              SIGNATURE OF ATTORNEY  
                                              JAMES P. KRAUZLIS

