James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
Email: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

Attorneys for Defendants,
American President Lines, Ltd. and
Hyundai Merchant Marine Co., Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE SWISS COLONY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> M/V APL GENERAL, her engines, tackle, boiler, etc., *in rem*, AMERICAN PRESIDENT LINES, LTD., HYUNDAI MERCHANT MARINE CO., LTD. and EXPEDITORS INTERNATIONAL OCEAN, *in personam*, <br><br> Defendants. | 08 Civ. 4824 (MGC) <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that James H. Hohenstein and Lissa D. Schaupp of Holland & Knight LLP hereby appear in this action as counsel for American President Lines, Ltd. and Hyundai Merchant Marine Co., Ltd. All pleadings and correspondence should be served as follows:

> James H. Hohenstein
> Lissa D. Schaupp
> Holland & Knight LLP
> 195 Broadway
> New York, NY 10007
> Attorneys for Defendants, American President Lines, Ltd. and
> Hyundai Merchant Marine Co., Ltd.

Dated: New York, New York
July 3, 2008

                    HOLLAND & KNIGHT LLP

By: _____
      James H. Hohenstein
      Lissa D. Schaupp
195 Broadway
New York, New York 10007
212-513-3200
212-385-9010 (telefax)

Attorneys for Defendants,
American President Lines, Ltd. and
Hyundai Merchant Marine Co.

# 5455682_v1