# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

THE SWISS COLONY, INC.,

        Plaintiff,

V.

M/V APL GENERAL, her engines, tackle, boiler, etc., in rem, AMERICAN PRESIDENT LINES, LTD., HYUNDAI MERCHANT MARINE CO., LTD. and EXPEDITORS INTERNATIONAL OCEAN, in personam,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CIV 4824

TO: (Name and address of defendant)

  American President Lines, Ltd., 100 Central Avenue, Building 40C, So. Kearny, NJ 07032
  Hyundai Merchant Marine Co., Ltd., 300 Sylvan Avenue, 2nd Fl., Englewood Cliffs, NJ 07632
  Expeditors International Ocean, 245 Roger Avenue, Inwood, NY 11096

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  HILL RIVKINS & HAYDEN LLP
  45 Broadway, Suite 1500
  New York, New York 10006

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                           MAY 2 2008

CLERK                                                     DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐  Returned unexecuted: _____
_____
_____
_____

☐  Other *(specify):* _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                          Signature of Server

                                          _____
                                          Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Form 19   SECRETARY OF STATE - 306

**HILL RIVKINS & HAYDEN LLP**
**ATTN: BOB BLUM**

| U.S.SOUTHERN DIST. COURT | NEW YORK COUNTY | STATE OF NEW YORK |

THE SWISS COLONY, INC.                                  plaintiff

Index No. **08 CIV 4824**

Date Filed  . . . . . . . . . . .

- against -

Office No. **29734-KBD**

M/V APL GENERAL HER ENGINES, TACKLE    defendant
BOILER, ETC. ETAL

Court Date:   /   /

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY**                              being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.    That on the
   **20th    of June,  2008 at  08:10 AM**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
   **SUMMONS AND COMPLAINT**
UPON: **AMERICAN PRESIDENT LINES LTD.**
the **DEFENDANT** in this action, by delivering to and leaving with
   **DONNA CHRISTIE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of **$40**. That said service was made pursuant to Section 306 of the BCL.

Deponent further describes the person actually served as follows:

   SEX: **FEMALE**          COLOR: **WHITE**          HAIR: **BLONDE**
   APP. AGE: **35**          APP. HT: **5:5**          APP. WT: **130**
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
25th  DAY OF  June, 2008

KENNETH WISSNER
Notary Public State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

. . . . . . . . . . . . . . . . . . . . . . .
STEVE AVERY
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3HRLOM132649