Case 1:08-cv-04824-MGC Document 9 Filed 07/08/2008 Page 1 of 3

AO 440 (Rev. 10/93) Summons in a Civil Action. DNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

THE SWISS COLONY, INC.,

                Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08 CIV 4824

M/V APL GENERAL, her engines, tackle, boiler, etc., in rem, AMERICAN PRESIDENT LINES, LTD., HYUNDAI MERCHANT MARINE CO., LTD. and EXPEDITORS INTERNATIONAL OCEAN, in personam,

TO: (Name and address of defendant)

    American President Lines, Ltd., 100 Central Avenue, Building 40C, So. Kearny, NJ 07032
    Hyundai Merchant Marine Co., Ltd., 300 Sylvan Avenue, 2nd Fl., Englewood Cliffs, NJ 07632
    Expeditors International Ocean, 245 Roger Avenue, Inwood, NY 11096

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    HILL RIVKINS & HAYDEN LLP
    45 Broadway, Suite 1500
    New York, New York 10006

an answer to the complaint which is herewith served upon you, within    twenty (20)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                 MAY 2 2008

CLERK                                                                                           DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify)*: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
                   Date                                                  Signature of Server

                                                                         _____
                                                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Form 27 - GENERAL PURPOSE

**HILL RIVKINS & HAYDEN LLP**
**ATTN: BOB BLUM**
U.S. SOUTHERN COURT    NEW YORK COUNTY
--------------------------------------------------

THE SWISS COLONY, INC.                    plaintiff

- against -

M/V APL GENERAL HER ENGINES, TACKLE    defendant
BOILER, ETC. ETAL
--------------------------------------------------

Index No. **08 CIV 4824**

Date Filed .............

Office No. **29734-KBD**

Court Date:   /   /

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**DANIEL KNIGHT**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **23rd day of June, 2008**    at **01:53 PM.,**             at
   **65 CHALLENGE ROAD 4TH FL.**
   **RICHFIELD, NJ 07660**
I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **HYUNDAI MERCHANT MARINE CO., LTD.**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **RHONDA DOVER,   MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
      SEX: **FEMALE**        COLOR: **BROWN**       HAIR: **BROWN**
      APP. AGE: **44**        APP. HT: **5:5**        APP. WT: **175**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
24th day of June, 2008ni

SAMSON NEWMAN
Notary Public, State of New York
   No. 01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

DANIEL KNIGHT
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3HRLOM132650