*Endorsement* 5

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SWISS COLONY, INC.,

               Plaintiff,

-against-

M/V APL GENERAL, her engines, tackle,
boiler, etc., *in rem*, AMERICAN PRESIDENT
LINES, LTD., HYUNDAI MERCHANT
MARINE CO., LTD. and EXPEDITORS
INTERNATIONAL OCEAN, *in personam*,

               Defendants.

08 Civ. 4824 (MGC)

**STIPULATION**

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for the parties herein, that the time in which American President Lines, Ltd. and

Hyundai Merchant Marine Co., Ltd., may answer, appear or otherwise move with respect to the

Complaint is hereby extended up to and including July 17, 2008.

Dated: New York, New York
       July 7, 2008

**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff

By: _Thomas E. Willoughby_
       Thomas E. Willoughby
45 Broadway, Suite 1500
New York, New York 10006
Telephone: 212-669-0600

**HOLLAND & KNIGHT LLP**
Attorneys for Defendants, American President
Lines, Ltd. and Hyundai Merchant Marine Co.
Ltd.

By: _____
       James H. Hohenstein
       Lissa D. Schaupp
195 Broadway
New York, New York 10007
Telephone: 212-513-3200

**SO ORDERED:**

_____
U.S.D.J.
# 5455650_v1   July 7, 2008