James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY  10007-3189
Telephone: (212) 513-3200
Telefax:  (212) 385-9010
Email:  jim.hohenstein@hklaw.com
         lissa.schaupp@hklaw.com

Attorneys for Defendants,
AMERICAN PRESIDENT LINES, LTD.
HYUNDAI MERCHANT MARINE CO., LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE SWISS COLONY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> M/V APL GENERAL, her engines, tackle, boiler, etc., *in rem*, AMERICAN PRESIDENT LINES, LTD., HYUNDAI MERCHANT MARINE CO., LTD., and EXPEDITORS INTERNATIONAL OCEAN, *in personam*, <br><br> Defendants. | 08 Civ. 4824 (MGC) <br><br> **RULE 7.1 STATEMENT** |

I, James H. Hohenstein, attorney of record for Defendant American President Lines, Ltd. having filed an initial pleading in the captioned action, state the following pursuant to Federal Rule of Civil Procedure 7.1:

American President Lines, Ltd. is a wholly-owned subsidiary of APL Limited, which is a wholly-owned subsidiary of APL (Bermuda) Ltd. which is a wholly-owned subsidiary of Neptune Orient Lines, Ltd., which is publicly traded on the Singapore Stock Exchange.

Dated:   New York, New York
         July 17, 2008

                                    HOLLAND & KNIGHT LLP

                              By:   _____
                                    James H. Hohenstein
                                    Lissa D. Schaupp
                                    HOLLAND & KNIGHT LLP
                                    195 Broadway
                                    New York, New York 10007
                                    Telephone: 212-513-3200
                                    Telefax: 212-385-9010
                                    E-mail: jim.hohenstein@hklaw.com
                                            lissa.schaupp@hklaw.com


                                    Attorneys for Defendants,
                                    *American President Lines, Ltd.*
                                    *Hyundai Merchant Marine Co., Ltd.*

# 5478168_v1