James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
Email: jim.hohenstein@hklaw.com
lissa.schaupp@hklaw.com

Attorneys for Defendants,
AMERICAN PRESIDENT LINES, LTD.
HYUNDAI MERCHANT MARINE CO., LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| THE SWISS COLONY, INC., | |
|---|---|
| Plaintiff, | |
| -against- | 08 Civ. 4824 (MGC) |
| M/V APL GENERAL, her engines, tackle, boiler, etc., *in rem*, AMERICAN PRESIDENT LINES, LTD. HYUNDAI MERCHANT MARINE CO., LTD., and EXPEDITORS INTERNATIONAL OCEAN, *in personam*, | **RULE 7.1 STATEMENT** |
| Defendants. | |

I, James H. Hohenstein, attorney of record for Defendant Hyundai Merchant Marine Co., Ltd. ("HMM") having filed an initial pleading in the captioned action, state the following pursuant to Federal Rule of Civil Procedure 7.1:

HMM has no corporate parents. Hyundai Heavy Industries Co. Ltd. owns 17.60% of HMM's shares and Hyundai Elevator Co. Ltd. owns 18.89% of HMM shares: both of these corporations are traded on the Korea Stock Exchange.

Dated:    New York, New York
          July 17, 2008

                                            HOLLAND & KNIGHT LLP

                                            By: _____
                                            James H. Hohenstein
                                            Lissa D. Schaupp
                                            HOLLAND & KNIGHT LLP
                                            195 Broadway
                                            New York, New York 10007
                                            Telephone: 212-513-3200
                                            Telefax: 212-385-9010
                                            E-mail: jim.hohenstein@hklaw.com
                                                    lissa.schaupp@hklaw.com


                                            Attorneys for Defendants,
                                            *American President Lines, Ltd.*
                                            *Hyundai Merchant Marine Co., Ltd.*

# 5478170_v1

2